

**FILED**

*10:42 am, 7/19/14*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, Chief United States District Judge

| | |
|---|---|
| Abby Logan, Deputy Clerk | July 19, 2014 |
| Jan Davis, Court Reporter | Cheyenne, WY |
| Josh Eames, Law Clerk | |

Steven Smothers vs. Solvay Chemicals, Inc. (11-CV-200-F)

| | |
|---|---|
| STEVEN SMOTHERS, | Plaintiff's Attorneys: |
| Plaintiff, | Sharon Rose |
| v. | |
| SOLVAY CHEMICALS INC. | Defendant's Attorneys: |
| Defendant. | Nancy Vehr, John Walker |

### COURTROOM MINUTES
### JURY TRIAL DAY 6

| | |
|---|---|
| 7:45 a.m. | Jury continues deliberation. |
| 9:50 a.m. | Court resumes. Jury brought in. |
| 9:52 a.m. | Jury and counsel are present. Roll call of the jury waived by the Court. The Judge asks who speaks for the jury the foreperson identified themself and notified the Court that they have reached a unanimous verdict. |
| 9:53 a.m. | The Judge asks the Jury Foreperson to deliver the verdict to the Bailiff. Bailiff hands the verdict to the Courtroom Deputy and it is delivered to the judge for inspection. |
| 9:54 a.m. | The Judge hands the verdict to the Courtroom Deputy and asked it to be read into the record. Verdict read into the record. |

| | |
|---|---|
| 9:56 a.m. | Jury polled by the Courtroom Deputy. |
| 9:57 a.m. | The Judge declares that Judgment may be entered. Judge issues final remarks to the jury. |
| 10:00 a.m. | Jury excused. Matters discussed with counsel regarding when argument should be held concerning damages that are assigned to the Court for the FMLA claim. Argument shall be set for Wednesday, August 27, 2014 at 1:30 p.m. Plaintiff's counsel requests to appear via video or telephone, no objection from Defendant, granted by the Court. |
| 10:03 a.m. | Final remarks by the Judge to counsel. |
| 10:04 a.m. | Court recessed. |