IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

STEVEN SMOTHERS,

Plaintiff,

vs.                                            Case No. 11-CV-200-F

SOLVAY CHEMICALS, INC., a
Delaware corporation,

Defendant.

# ORDER GRANTING STIPULATED MOTION ON ATTORNEY FEES AND COSTS [DOC. 132]

This matter, having come before the Court on the parties' Stipulated Motion to Attorney Fees and Costs and the Court finding good cause appearing therefore,

IT IS HEREBY ORDERED that pursuant to 29 U.S.C. § 2617, Plaintiff is hereby awarded the total sum of $115,000.00, which is inclusive of all attorney fees incurred in the litigation of this matter to date as well as the costs in the amount of $9,855.00. Such award shall bear post judgment interest at the statutory rate.

Dated this 25th day of September, 2014.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE